**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7027

FREEMAN L. HANKINS,

Plaintiff - Appellant,

versus

CONNIE JORDAN; BRUNSWICK COUNTY BOARD OF
COUNTY COMMISSIONERS; BRUNSWICK COUNTY
SHERIFF'S DEPARTMENT; REX GORE; CHRISTOPHER B.
GENTRY; DAWN H. FRANCISCO; ADRAIN IAPALUCCI;
GRIFFIN ANDERSON; TONY MICHEALKIS, Doctor;
THOMAS J. DAVID, Doctor; MARTA BROWN, Doctor;
YVONNE M. KING; CHRIS THOMAS; M. BOWEN,
Doctor,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:05-ct-00390-BO)

Submitted: November 15, 2006          Decided:  November 21, 2006

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Freeman L. Hankins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Freeman L. Hankins seeks to appeal the district court's order dismissing some of his claims as frivolous in his 42 U.S.C. § 1983 (2000) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order Hankins seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We grant Hankins' motions to amend his informal brief and deny his motions to appoint counsel, to amend his complaint for summary judgment and "to file 28 U.S.C. § 1331." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>